## GAU v. STATE.
### No. 25026.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. A jury having been waived, the court found appellant guilty and assessed a fine of fifty dollars.

There is neither a bill of exception nor a statement of facts in the record. All proceedings appear regular. Nothing is presented for review.

The judgment is affirmed.